UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER M. BLACK,<br>　　No. 00260259, | )<br>)<br>) |
| 　　　　Petitioner, | )　　No. 3:16-cv-00704<br>)　　Judge Trauger |
| v. | )<br>) |
| TODD THOMAS, Warden, | )<br>) |
| 　　　　Respondent. | ) |

## O R D E R

Plaintiff Christopher M. Black, an inmate of the Trousdale Turner Correctional Facility in Hartsville, Tennessee, has filed a *pro se* petition for a writ of *habeas corpus* brought pursuant to 28 U.S.C. § 2254 challeging Black's 2006 conviction and sentence for two counts of aggravated rape and two counts of aggravated robbery for which he currently is serving a term of imprisonment of fifty years in the Tennessee Department of Correction.

For the reasons explained more fully in the memorandum entered contemporaneously herewith, the petition is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. Because reasonable jurists could not disagree with the resolution of the petitioner's claim, should the petitioner file a Notice of Appeal, the court would construe the Notice of Appeal as also requesting a Certificate of Appealability, which the court would not grant.

This Order constitutes final judgment in the action.

It is so **ORDERED**.

_____
Aleta Trauger
United States District Judge